# ELECTRONIC RECORD

COA #   03-12-00787-CR                    OFFENSE:   21.1

STYLE:   Mark Vernon Moore v. The State
         of Texas                         COUNTY:   Hays

COA DISPOSITION:      AFFIRMED            TRIAL COURT:   22nd District Court

DATE: 3/20/15                Publish: NO   TC CASE #:      CR-11-0929

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Mark Vernon Moore v. The State of
         Texas                                 CCA #:   _____416-15_____

_____APPELLANT'S_____ Petition             CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:           DATE:   _____

_____REFUSED_____                             JUDGE:   _____

DATE: __06/24/15__                            SIGNED: _____        PC: _____

JUDGE: __Per Curiam__                         PUBLISH: _____       DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD